814

In the Matter of the Petition of Martha J. Stewart, Appellant, to Vacate, Modify or Set Aside a Decree Judicially Settling the Account of Proceedings of Charles A. Peacock, as Executor of Edward Pritchard, Deceased, et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of Rocco Ciardullo et al., Petitioners, against Henry E. Bruckman et al., Constituting the State Liquor Authority of the State of New York et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Adolph Paleias, Appellant, v. The Equitable Life Assurance Society of the United States, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Celia Morris, Individually and as a Stockholder of Morton Coal Co., Inc., Suing on Behalf of Herself and Others, Respondent, v. Morton Wormser et al., Appellants, Impleaded with Others.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. Peter Apostel, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of Mount Morris Bar & Grill, Inc., Petitioner, against Henry E. Bruckman et al., Individually and as Members of the State Liquor Authority, Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Commissioner of Public Welfare of the City of New York, Respondent, v. Sidney Solomon, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Dominick Minniti, Appellant, v. Valentine E. Macy, Jr., et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of La Palourde Restaurant, Inc., Petitioner, against Henry E. Bruckman et al., Constituting the State Liquor Authority, Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Frank Mariani, Individually and in Behalf of Stockholders of the Scandore Paper Box Co., Inc., et al., Appellant, v. Frank Scandore et al., Respondents, Impleaded with Others. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan. JJ.